```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/16/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

COLLETTE J. SCOTT,                           :       04 Civ. 9638 (SHS)

                  Plaintiff,     :

       -against-                            :       ORDER

CITY OF NEW YORK DEPARTMENT OF               :
CORRECTION, *ET AL.*,
                                             :
                  Defendants.
------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

       A pretrial conference having been held today, with counsel for all parties present,

       IT IS HEREBY ORDERED that:

       1.     The joint pretrial order, proposed jury charges, and if the parties wish, proposed *voir dire*, and any motions *in limine* are due on or before December 7, 2009;

       2.     There will be a final pretrial conference on December 11, 2009, at 9:00 a.m.; and

       3.     The trial of this action will commence on Tuesday, January 19, 2010.

Dated: New York, New York
       September 15, 2009

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.